AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Craig Latwain Chestnut <br> *Plaintiff* <br> Kristin Sutton, *Trident Nurse*, Christine Oh, *CEO of Trident Medical Center* <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 9:21-cv-3875-RMG <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _ ), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☐ decided by the Honorable Richard M Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date: March 29, 2022

*ROBIN L. BLUME, CLERK OF COURT*

S/ A. Snipes

*Signature of Clerk or Deputy Clerk*